UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director<br>Plaintiffs, | : | C.A. No. 05-130T |
| v. | : | |
| COSTANTINI BROS. TRANSPORT, INC.<br>Defendant | : | |

**ANSWER OF DEFENDANT, COSTANTINI BROS. TRANSPORT, INC.**

1. Neither admit nor deny, but leave Plaintiff to his proof.
2. Neither admit nor deny, but leave Plaintiff to his proof.
3. Neither admit nor deny, but leave Plaintiff to his proof.
4. Admitted.
5. Neither admit nor deny, but leave Plaintiff to his proof.
6. Neither admit nor deny, but leave Plaintiff to his proof.
7. Neither admit nor deny, but leave Plaintiff to his proof.
8. Neither admit nor deny, but leave Plaintiff to his proof.
9. Neither admit nor deny, but leave Plaintiff to his proof.
10. Denied.

**COUNT I**

11. Defendant hereby incorporates by reference paragraphs 1 through 10 of this Answer.
12. Denied.



3

13. Denied.

## COUNT II

14. Defendant hereby incorporates by reference paragraphs 1 through 13 of this Answer.

15. Denied.

16. Denied.

WHEREFORE, Defendant demands judgment against Plaintiff, along with costs, interest, and attorney's fees.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint fails to state a claim upon which relief may be granted.

2. Defendant asserts the defenses of accord and satisfaction, failure of consideration, fraud, illegality, laches, duress, waiver and mutual mistake of fact.

Respectfully Submitted,
Defendant
By its attorney,

Gregory P. Piccirilli, Esq. #4582
Joseph A. Sciacca, Esq. #3367
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
Phone (401) 946-4900
Fax (401) 944-3250

**CERTIFICATION**

I hereby certify that on May 2, 2005, a copy of the within Answer was mailed to Marc B. Gursky, Esq., GURSKY LAW ASSOCIATES, 420 Scrabbletown Road, Suite C, North Kingstown, RI 02852.

Susan Schoder