# GURSKY LAW ASSOCIATES

November 16, 2005

*VIA FACSIMILE ONLY*

Hon. Lincoln Almond
United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903
*Fax (401) 752-7247*

Re: **Teamsters Local 251 Health Services and Insurance Plan v. Costantini Bros. Transport, Inc. C.A. No. 05-130T**

Dear Magistrate Judge Almond:

A settlement conference in the above-entitled matter is scheduled for November 17, 2005 at 2:00 p.m. However, I respectfully request that the conference be postponed until plaintiff has been able to complete discovery. As I indicated in my Settlement Conference Statement, I cannot as this time calculate the damages in this matter because I have not yet received all of the relevant documents. I have spoken with counsel for Defendant and he has no objection to a postponement.

Thank you for your consideration.

Very truly yours,

Elizabeth Wiens

11/17/05: APPROVED. LSM

420 Scrabbletown Road Suite C • North Kingstown, Rhode Island 02852
Tel: 401.294.4700 • Fax: 401.294.4702 • Email: glaborlaw@aol.com