UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251, HSIP | : | |
| | : | |
| VS. | : | C.A. No.: 05-130T |
| | : | |
| COSTANTINI BROS., TRANSPORT INCORPORATED | : | |

**ENTRY OF APPEARANCE**

I Marc B. Gursky hereby enter my appearance on behalf of the Plaintiff in the above-entitled matter.

Teamsters Local 251, HSIP
By their attorney,

Marc B Gursky

Marc B. Gursky, Esq. #2818
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

**CERTIFICATION**

I hereby certify that the within Entry of Appearance has been mailed first class, postage prepaid on the 27th day of December, 2005 to the following:

Gregory Piccirilli, Esquire
Sciacca & Piccirilli
121 Phenix Avenue
Cranston, RI 02920

Kerrie L Kanwski