Rental Agreement
1999 - 2000

Teamsters Local Union No. 251

affiliated with

Teamsters Joint Council No. 10

and

The International Brotherhood of Teamsters

This Agreement made as of the 1st day of May, 1999 by and between ____________________ hereinafter designated as the "Employer" and Teamsters' Local Union No. 251, hereinafter designated as the"Union".

PREAMBLE

This Agreement is entered into to facilitate the adjustment of grievances and disputes between the Employer and Employees; to provide for the continuous employment of labor and to bring about stable conditions in the industry, and to establish necessary procedure for the amicable adjustment of disputes, including wages, hours and working conditions, which may arise between the Employer and Employees.

A notice in writing shall be given to the Local Union of any sale or transfer of the Employer's operation.

This Agreement shall be binding upon both parties, their heirs, successors, assigns and legal representatives, until terminated or amended as hereinafter provided.

For the purpose of preserving the level of benefits set forth in this Agreement, the Employer agrees to refrain from using the services of any person who does not observe at least the level of wages, hours and conditions of employment as established in this Agreement. This paragraph shall pertain only to sand, gravel, stone, asphalt, and ready mix concrete. It is understood by this Section that the parties hereto shall not use any leasing or subcontracting device to a third party to evade this Agreement.

ARTICLE I
TERRITORIAL JURISDICTION

This Agreement shall apply to and be effective within the jurisdiction of Local Union No. 251.

ARTICLE 11
SCOPE OF EMPLOYMENT

(a) This Agreement shall apply to all highway and heavy construction performed by the Employer. For the purposes of this Agreement "Heavy and Highway Construction" shall include, but is not limited to, the construction of roads, streets, alleys, driveway, sidewalks, guard rails, fences, parkways, parking areas, airports, athletic fields, highway bridges, railroad bridges, railroad and street railway construction projects sewers, viaducts, shafts, tunnels, subways, track elevations, elevation highways, drainage projects, reclamation projects, water supply projects, water power developments, marine work, transmission lines, duct lines, pipe lines, docks, dams, dikes, levees, revetments,

channels, channel cutoffs, intakes, dredging projects, jetties, breakwaters, harbors, industrial sites, and all earth moving.

(b) Operation of trucks of all descriptions, including but not limited to snow plows, dump trucks, semi-dump trucks, low boy trailers, winch trucks, A-frames, distributor trucks, tank trucks used for transporting any type of fuel, water or cement, agitator trucks, mixer trucks, portable truck or trailer, forklift trucks when used in job site, warehouse and storage areas, cement hoppers, euclids, dumpsters, turnarocker, ross carriers, or similar equipment or equipment designated to be used for the performance of the work performed by the use of any of the above equipment as well as the maintenance of such equipment presently served by employees covered by this Agreement.

(c) The terms of this Agreement shall apply to the transportation of all building and excavating materials and equipment including, but not limited to, stone, salt, lumber, doors, windows, structural steel, bricks, cement blocks, sand, materials, removed from roads, solid asphalt materials, shovels, cranes, bulldozers, compressors and hoisting engines, fuel, water, plowing and removal of snow when done with equipment covered by this Agreement.

(d) In the event that there shall be any dispute concerning jurisdiction regarding the assignment of work. between the Union and any other Union of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers, the same shall be submitted for determination to the Construction Division of the Joint Council of the International.

(e) All work heretofore recognized as being within the jurisdiction of the Union shall continue to be the jurisdiction of the Union notwithstanding any inconsistent provisions contained in other agreements executed by this Association.

(f) If a jurisdictional dispute arises, the Union agrees that such dispute shall first be submitted to the local business agent of the Crafts involved for settlement, and if no understanding or agreement is reached within forty eight (48) hours, it will be referred to the International Unions involved for settlement. If no agreement is reached on this level in five (5) days, the patties to the dispute may extend the period for settlement to another fixed date, mutually agreed upon. Pending such settlement, the craft performing the work at the time the dispute arises will continue in such capacity until settlement is reached as above provided, it being agreed that there shall be no stoppage or abandonment of work in regard to any jurisdictional dispute. Existing international jurisdictional agreements shall be respected by both parties.

## ARTICLE III
## UNION MEMBERSHIP

(a) The Employer recognizes and acknowledges that the Union is the exclusive representative of all employees in the classifications of work covered by this Agreement. for the purpose of collective bargaining as provided by the Labor Management Relations Act of 1947 as amended. The Employer shall not enter into any Agreement or Contract with his Employees, individually or collectively, or with any officer, which in any way conflicts with the terms and provisions of this Agreement. Any such Agreement of Contract shall be null and void.

(b) All present Employees who are members of the Union on the effective day of this Agreement shall remain members of the Union in good standing as a condition of employment.

(c) All present Employees who are not members of the Union and all employees who are hired hereafter shall become and remain members in good standing of the Union as a condition of employment on or after the eighth day following the effective date of this Agreement, whichever is the later, except as otherwise provided for by law.

(d) A member in good standing is one who is not in arrears in the payment of his initiation fee and periodic dues to the Union. In accordance with the Constitution of the Union, Article X, Section 5(c) all members paying periodic dues to the Union must pay them on or before the last business day of the current month in advance. The Local Union shall notify the Employer when any employee is not in good standing.