**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | |
| v. | C.A. No.: 05-130T |
| COSTANTINI BROS. TRANSPORT, INCORPORATED, Defendant. | |

**DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Defendant hereby objects to Plaintiffs' motion to compel more responsive answers to interrogatories. Counsel certifies that he has in good faith conferred with Plaintiffs' counsel in an effort to secure the answers without court action. The grounds for this objection are forth in the accompanying Memorandum of Law.

COSTANTINI BROS. TRANSPORT, INC.
By its Attorney,

Gregory P. Piccirilli, Esquire #4582
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
Telephone No.: (401) 946-4900
Facsimile No.: (401) 944-3250

## CERTIFICATION

I hereby certify that on the 27th day of February, 2006, I mailed a true copy of the within Objection to Elizabeth Weins, Esquire, Gursky Law Associates, 420 Scrabbletown Road, Suite C, North Kingstown, RI 02852.

Susan Schadone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and PAUL A. MACDONALD in his official capacity as Executive Director<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-130T |
| COSTANTINI BROS. TRANSPORT, INC.<br>Defendant | : | |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Defendant, Costantini Bros. Transport, Inc., objects to Plaintiffs' motion to compel more responsive answers to interrogatories, as Defendant asserts that its answers are adequate and sufficient.

Plaintiffs have chosen to ask the Defendant to state whether it had work performed which fell within the definition of "covered work" as defined in the contract. Respectfully, it is not for either the Plaintiffs or the Defendant to make such a legal conclusion. That is a matter for this Court.

Plaintiffs are aware that Defendant leased his trucks to a company to perform work. Defendant has provided Plaintiffs with information regarding when those trucks were leased and by whom. See attached Exhibit A. This document delineates the date, invoice amount, vendor, driver, hours and leasing company used. The nature and type of work performed by the drivers of those leased trucks should be asked of the leasing company which has used those trucks.

For the foregoing reasons, Defendant respectfully requests that Plaintiffs' motion to compel be denied.

COSTANTINI BROS. TRANSPORT, INC.
By its Attorney,

Gregory P. Piccirilli, Esquire #4582
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
Telephone No.: (401) 946-4900
Facsimile No.: (401) 944-3250

## CERTIFICATION

I hereby certify that on the 27th day of February, 2006, I mailed a true copy of the within to Elizabeth Weins, Esquire, Gursky Law Associates, 420 Scrabbletown Road, Suite C, North Kingstown, RI 02852.

Susan Schadone