**Costantini Driver Charges**
**2003-2005**

| oice # | Invoice Date | Invoice Amount | Description | Vendor | Driver 1 Company | Driver 1 | Hours | Rate | Driver 2 Company | Driver 2 | Hours | Rate | Driver 3 Company | Driver 3 | Hours | Rate | Driver 4 Company | Driver 4 | Hours | Rate | Driver 5 Company | Driver 5 | Hours | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Jan | 1/31/2003 | 1982.5 | Trailer Rental | Cardi | Costantini Bros | P.Costantini | Exempt | | Costantini Brs | E. Costantini | Exempt | | | | | | | | | | | | | |
| 2-Feb | 2/28/2003 | $ 867.00 | Tri-Axle Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 3-Mar | 3/13/2003 | $ 1,657.50 | Tri-Axle Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 4-Mar | 3/21/2003 | $ 2,104.50 | TriAxle/Trailer | Cardi | Costantini Bros. | P.Costantini | Exempt | | Costantini Brs. | E.Costantini | Exempt | | | | | | | | | | | | | |
| 5-Mar | 3/29/2003 | $ 8,247.50 | TriAxle/Trailer | Cardi | Costantini Bros. | P.Costantini | Exempt | | Costantini Brs. | E.Costantini | Exempt | | Cosbro Trucking | E. Alsfeld | 40 | $ 20.00 | | | | | | | | |
| 6-Apr | 4/5/2003 | $ 3,570.00 | TenWheel/TriAxle | Cardi | Costantini Bros. | P.Costantini | Exempt | | Costantini Brs. | E.Costantini | Exempt | | Cosbro Trucking | E. Alsfeld | 35 | $ 20.00 | | | | | | | | |
| 7-Apr | 4/12/2003 | $ 2,065.50 | TriAxle Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucking | E. Alsfeld | 32 | $ 20.00 | | | | | | | | | | | | |
| 8-Apr | 4/19/2003 | $ 4,769.50 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucking | E. Alsfeld | 16 | $ 20.00 | Cosbro Trucking | R.Leonard | 16 | $ 17.00 | Cosbro Trucking | G. Santos | 25.5 | $ 20.00 | | | | |
| 9-Apr | 4/26/2003 | $ 10,095.50 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Brs. | P. Costantini | Exempt | | Cosbro Trucking | R.Leonard | 16 | $ 17.00 | Cosbro Trucking | G. Santos | 30.5 | $ 20.00 | Cosbro Trucking | E. Alsfeld | 33 | $ 20.00 |
| 10A-May | 5/3/2003 | $ 18,879.50 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Brs. | P. Costantini | Exempt | | Cosbro Trucking | R.Leonard | 40 | $ 17.00 | Cosbro Trucking | G. Santos | 40 | $ 20.00 | Cosbro Trucking | E. Alsfeld | 40 | $ 20.00 |
| 10B-May | 5/3/2003 | $5,368.00 | Trailer/Water Tank | Cardi | Costantini Bros. | P.Costantini | Exempt | | Cosbro Trucking | S. Havers | 31 | $ 16.00 | Cosbro Trucking | E. Alsfeld | 16 | $ 20.00 | Cosbro Trucking | G. Santos | 25.5 | $ 20.00 | | | | |
| 11A-May | 5/10/2003 | $ 16,134.50 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Brs. | P. Costantini | Exempt | | Cosbro Trucking | E. Alsfeld | 40 | $ 20.00 | Cosbro Trucking | G. Santos | 40 | $ 20.00 | Cosbro Trucking | R. Leonarc | 38 | $ 16.00 |
| 11B-May | 5/10/2003 | $ 2,592.50 | Trailer/Water Tank | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Brs. | P. Costantini | Exempt | | Cosbro Trucking | R.Leonard | 8 | $ 16.00 | Cosbro Trucking | G. Santos | 8.5 | $ 20.00 | Cosbro Trucking | E. Alsfeld | 9 | $ 20.00 |
| 12A-May | 5/17/2003 | $ 15,067.00 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | Cosbro Trucking | A. Conlon | 39 | $ 16.00 | Cosbro Trucking | S. Havers | 27.5 | $ 16.00 | Cosbro Trucking | G. Santos | 40 | $ 20.00 | Cosbro Trucking | R. Leonarc | 39.5 | $ 16.00 |
| 12B-May | 5/17/2003 | $ 1,067.50 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | Cosbro Trucking | G. Santos | 17.5 | $ 20.00 | | | | | | | | | | | | |
| 13A-May | 5/24/2003 | $ 14,335.00 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucking | C. Sisson | 40 | $ 17.00 | Cosbro Trucking | R.Leonard | 34 | $ 17.00 | Cosbro Trucking | E. Alsfeld | 40 | $ 20.00 | Cosbro Trucking | G. Santos | 38 | $ 20.00 |
| 13B-May | 5/24/2003 | $ 10,543.00 | Trailer/Water Tank | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Brs. | P. Costantini | Exempt | | Cosbro Trucking | R.Leonard | 35 | $ 17.00 | Cosbro Trucking | E. Alsfeld | 39.5 | $ 20.00 | Cosbro Trucking | A. Conlon | 36.5 | $ 16.00 |
| 14A-May | 5/31/2003 | $ 12,717.50 | Trailer/TriAxle | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Brs. | P. Costantini | Exempt | | Cosbro Trucking | R.Leonard | 40 | $ 17.00 | Cosbro Trucking | E. Alsfeld | 40 | $ 20.00 | Cosbro Trucking | G. Santos | 40 | $ 20.00 |
| 14B-May | 5/31/2003 | $ 9,324.00 | Trailer/Water Tank | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucking | R. Lombardi | 38.5 | $ 18.00 | Cosbro Trucking | R.Leonard | 40 | $ 17.00 | Cosbro Trucking | E. Alsfeld | 38.5 | $ 20.00 | Cosbro Trucking | G. Santos | 40 | $ 20.00 |
| 15A-June | 6/7/2003 | $ 6,044.00 | Trailer/TriAxle/Ten | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucking | E. Alsfeld | 24 | $ 20.00 | Cosbro Trucking | G. Santos | 8 | $ 20.00 | | | | | | | | |
| 15B-June | 6/7/2003 | $ 15,017.00 | Trailer/TenWheel | Cardi | Cosbro Trucking | A. Conlon | 40 | $ 16.00 | Cosbro Trucking | C. Sisson | 40 | $ 17.00 | Cosbro Trucking | R.Leonard | 25.5 | $ 17.00 | Cosbro Trucking | E. Alsfeld | 38.5 | $ 2.00 | Cosbro Trucking | G. Santos | 38.5 | $ 20.00 |
| 16A-June | 6/14/2003 | $ 13,248.50 | Trailer/TenWheel | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucking | E. Alsfeld | 40 | $ 20.00 | Cosbro Trucking | R.Leonard | 40 | $ 17.00 | Cosbro Trucking | A. Conlon | 40 | $ 16.00 | Cosbro Trucking | R. Lombar | 38 | $ 18.00 |
| 16B-June | 6/14/2003 | $ 8,079.00 | Trailer/TenWheel | Cardi | Cosbro Trucking | E. Alsfeld | 13.5 | $ 20.00 | Cosbro Trucking | R. Leonard | 16.5 | $ 17.00 | Cosbro Trucking | R. Lombar | 38.5 | $ 18.00 | Cosbro Trucking | G. Santos | 38 | $ 20.00 | Cosbro Trucking | C. Sisson | 37.5 | $ 17.00 |
| 17A-June | 6/21/2003 | $ 8,198.00 | Trailer/TenWheel | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucking | C. Sisson | 32 | $ 17.00 | Cosbro Trucking | R. Leonarc | 21 | $ 17.00 | Cosbro Trucking | E. Alsfeld | 14 | $ 20.00 | Cosbro Trucking | G. Santos | 20 | $ 20.00 |
| 17B-June | 6/21/2003 | $ 7,381.00 | Trailer Rental | Cardi | Cosbro Trucking | C. Sisson | 12 | $ 17.00 | Cosbro Trucking | W. Giardina | 40 | $ 16.00 | Cosbro Trucking | R. Leonarc | 16.5 | $ 17.00 | Cosbro Trucking | G. Santos | 25 | $ 20.00 | Cosbro Trucking | E. Alsfeld | 26 | $ 20.00 |
| 18A-June | 6/28/2003 | $ 8,617.00 | Trailer/TenWheel | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Brs. | P. Costantini | Exempt | | Cosbro Trucking | G. Santos | 33 | $ 20.00 | Cosbro Trucking | E. Alsfeld | 37.5 | $ 20.00 | Cosbro Trucking | R.Lombarc | 8 | $ 18.00 |
| 18B-June | 6/28/2003 | $ 3,782.00 | Trailer Rental | Cardi | Cosbro Trucking | W. Giardina | 24 | $ 16.00 | Cosbro Trucking | R. Leonard | 8.5 | $ 17.00 | Cosbro Trucking | G. Santos | 17 | $ 20.00 | Cosbro Trucking | E. Alsfeld | 4 | $ 20.00 | | | | |
| 19A-July | 7/3/2003 | $ 12,086.00 | Trailer/Backhoe | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Brs. | P. Costantini | Exempt | | Cosbro Trucking | C. Sisson | 33.5 | $ 17.00 | Cosbro Trucking | W. Giardina | 32.5 | $ 18.00 | Cosbro Trucking | R. Leonarc | 32 | $ 17.00 |
| 19B-July | 7/3/2003 | $ 3,111.00 | Trailer Rental | Cardi | Cosbro Trucking | E. Alsfeld | 25 | $ 20.00 | Cosbro Trucking | G. Santos | 18 | $ 20.00 | Cosbro Trucking | R. Leonarc | 8 | $ 17.00 | Cosbro Trucking | W. Giardina | 25 | $ 18.00 | | | | |
| 20A-July | 7/12/2003 | $ 14,197.50 | Trailer/Backhoe/Wate | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucking | C. Sisson | 16.5 | $ 17.00 | Cosbro Trucking | R. Leonarc | 33 | $ 17.00 | Cosbro Trucking | G. Santos | 37 | $ 20.00 | Cosbro Trucking | E. Alsfeld | 37 | $ 20.00 |
| 21A-July | 7/19/2003 | $ 12,345.75 | Trailer/Backhoe/Ten | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Brs. | P. Costantini | Exempt | | Cosbro Trucking | W. Giardin | 25 | $ 18.00 | Cosbro Trucking | R. Leonard | 25.5 | $ 17.00 | Cosbro Trucking | G. Santos | 27 | $ 20.00 |
| 22A-July | 7/26/2003 | $ 11,414.00 | Trailer/Backhoe/Ten | Cardi | Cosbro Trucking | W. Giardina | 36.5 | $ 18.00 | Cosbro Trucking | R. Leonard | 17 | $ 17.00 | Cosbro Trucking | G. Santos | 39 | $ 20.00 | Cosbro Trucking | E. Alsfeld | 32 | $ 20.00 | Cosbro Trucking | R. Lombar | 40 | $ 18.00 |
| 23A-August | 8/2/2003 | $ 5,215.00 | Trailer Rental | Cardi | Cosbro Trucking | W. Giardina | 16 | $ 18.00 | Cosbro Trucking | G. Santos | 33 | $ 20.00 | Cosbro Trucking | E. Alsfeld | 36 | $ 20.00 | | | | | | | | |
| 23B-August | 8/2/2003 | $ 2,295.00 | TenWheel/TriAxle | Cardi | Cosbro Trucking | R. Lombardi | 36 | $ 18.00 | Cosbro Trucking | E. Alsfeld | 9 | $ 20.00 | | | | | | | | | | | | |
| 23C-August | 8/2/2003 | $ 3,315.00 | Backhoe Rental | Cardi | Cosbro Trucking | W. Giardina | 32 | $ 18.00 | Costantini Brs. | P. Costantini | 9 | Exempt | | | | | | | | | | | | |
| 24A-August | 8/9/2003 | $ 976.00 | Trailer | Cardi | Cosbro Trucking | W. Giardina | 16 | $ 18.00 | | | | | | | | | | | | | | | | |
| 24B-August | 8/9/2003 | $ 2,499.00 | TenWheel/TriAxle | Cardi | Cosbro Trucking | R. Lombardi | 35.5 | $ 18.00 | | | | | | | | | | | | | | | | |
| 24C-August | 8/9/2003 | $ 2,307.50 | Backhoe Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 25A-August | 8/16/2003 | $ 2,440.00 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Truckii | G. Santos | 16 | $ 20.00 | Cosbro Truckii | R. Leonarc | 16 | $ 17.00 | | | | | | | | |
| 25B-August | 8/16/2003 | $ 1,810.50 | Trailer/TenWheel | Cardi | Cosbro Trucking | R. Lombardi | 35.5 | $ 18.00 | | | | | | | | | | | | | | | | |
| 25C-August | 8/16/2003 | $ 2,177.50 | Backhoe Rental | Cardi | Cosbro Trucking | W. Giardina | 32 | $ 18.00 | | | | | | | | | | | | | | | | |
| 26A-August | 8/23/2003 | $ 1,867.00 | TenWheel/TriAxle | Cardi | Cosbro Trucking | R. Lombardi | 32 | $ 18.00 | | | | | | | | | | | | | | | | |
| 26B-August | 8/23/2003 | $ 2,600.00 | Backhoe Rental | Cardi | Cosbro Trucking | R. Leonard | 32 | $ 17.00 | | | | | | | | | | | | | | | | |
| 27A-August | 8/30/2003 | $ 3,080.50 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Brs | P. Costantini | Exempt | | | | | | | | | | | | | |
| 27B-august | 8/30/2003 | $ 816.00 | TenWheel/TriAxle | Cardi | Cosbro Trucking | R. Lombardi | 16 | $ 18.00 | | | | | | | | | | | | | | | | |
| 28A-Sept. | 9/6/2003 | $ 2,501.00 | Trailer Rental | Cardi | Cosbro Trucking | G. Santos | 24.5 | $ 20.00 | Cosbro Truckii | E. Alsfeld | 16 | $ 20.00 | | | | | | | | | | | | |
| 29A-Sept. | 9/13/2003 | $ 1,830.00 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | Cosbro Truckii | E. Alsfeld | 22 | $ 20.00 | | | | | | | | | | | | |
| 30A-Sept | 9/20/2003 | $ 2,792.16 | Trailer Rental | Cardi | Cosbro Trucking | G. Santos | 36.5 | $ 20.00 | | | | | | | | | | | | | | | | |
| 30B-Sept | 9/20/2003 | $ 2,320.50 | TenWheel/TriAxle | Cardi | Costantini Bros. | P.Costantini | Exempt | | Cosbro Truckii | P. Annucelli | 24 | $ 16.00 | | | | | | | | | | | | |
| 31A-Oct | 10/4/2003 | $ 732.00 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | Cosbro Truckii | R. Leonard | 4 | $ 17.00 | | | | | | | | | | | | |
| 31B-Oct | 10/4/2003 | $ 4,697.00 | Trailer Rental | Cardi | Cosbro Trucking | C. Sisson | 18 | $ 17.00 | Cosbro Truckii | G. Santos | 30 | $ 20.00 | Cosbro Truckii | R. Leonarc | 8 | $ 17.00 | Cosbro Truckii | E. Alsfeld | 19.5 | $ 20.00 | | | | |
| 32A-Oct | 10/11/2003 | $ 2,379.00 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | Cosbro Truckii | R. Leonard | 7.5 | $ 17.00 | Cosbro Truckii | G. Santos | 7.5 | $ 20.00 | | | | | | | | |
| 32B-Oct | 10/11/2003 | $ 488.00 | Trailer Rental | Cardi | Cosbro Trucking | R. Leonard | 8 | $ 17.00 | | | | | | | | | | | | | | | | |
| 32C-Oct | 10/11/2003 | $ 1,249.50 | Tri-Axle Rental | Cardi | Cosbro Trucking | J. DeFonte | 24.5 | $ 15.00 | | | | | | | | | | | | | | | | |
| 33A-Oct | 10/18/2003 | $ 976.00 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 33B-Oct | 10/18/2003 | $ 2,448.00 | TenWheel/TriAxle | Cardi | Costantini Bros. | P.Costantini | Exempt | | Cosbro Truckii | J. DeFante | 32 | $ 15.00 | | | | | | | | | | | | |
| 34A-Oct | 10/25/2003 | $ 4,605.50 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Bro | P. Costantini | Exempt | | Cosbro Truckii | E. Alsfeld | 25.5 | $ 20.00 | | | | | | | | |
| 34B-Oct | 10/25/2003 | $ 488.00 | Trailer | Cardi | Cosbro Trucking | G. Santos | 8 | $ 20.00 | | | | | | | | | | | | | | | | |
| 34C-Oct | 10/25/2003 | $ 2,040.00 | Tri-Axle Rental | Cardi | Cosbro Trucking | J. DeFonte | 40 | $ 15.00 | | | | | | | | | | | | | | | | |
| 35A-Oct | 10/31/2003 | $ 2,958.50 | Trailer Rental | Cardi | Cosbro Trucking | C. Sisson | 9 | $ 17.00 | Cosbro Truckii | G. Santos | 16 | $ 20.00 | Cosbro Truckii | E. Alsfeld | 23 | $ 20.00 | | | | | | | | |
| 35b-Oct | 10/31/2003 | $ 1,530.00 | Tri-Axle Rental | Cardi | Cosbro Trucking | J. DeFonte | 29.5 | $ 15.00 | | | | | | | | | | | | | | | | |
| 35b-Oct | 10/31/2003 | $ 2,775.50 | Trailer Rental | Cardi | Cosbro Trucking | C. Sisson | 7 | $ 17.00 | Cosbro Truckii | G. Santos | 22.5 | $ 20.00 | Cosbro Truckii | E. Alsfeld | 16 | $ 20.00 | | | | | | | | |
| 36A-Nov. | 11/8/2003 | $ 8,433.00 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Truckii | C. Sisson | 40 | $ 17.00 | Cosbro Truckii | E. Alsfeld | 32 | $ 20.00 | | | | | | | | |
| 36B-Nov | 11/8/2003 | $ 408.00 | Tri-Axle Rental | Cardi | Cosbro Trucking | J. DeFonte | 8 | $ 15.00 | | | | | | | | | | | | | | | | |
| 36C-Nov | 11/8/2003 | $ 6,405.00 | Trailer Rental | Cardi | Cosbro Trucking | C. Sisson | 16.5 | $ 17.00 | Cosbro Truckii | D. Ney | 4.5 | $ 20.00 | Cosbro Truckii | R. Leonarc | 18 | $ 17.00 | Cosbro Truckii | G. Santos | 40 | $ 20.00 | | | | |
| 37A-Nov | 11/15/2003 | $ 6,498.50 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Truckii | C. Sisson | 25.5 | $ 17.00 | Cosbro Truckii | D. Ney | 8 | $ 20.00 | Cosbro Truckii | R. Leonard | 16.5 | $ 17.00 | | | | |
| 37B-Nov | 11/15/2003 | $ 244.00 | Trailer Rental | Cardi | Cosbro Trucking | G. Santos | 4 | $ 20.00 | | | | | | | | | | | | | | | | |
| A-Nov | 22-Nov | $ 1,952.00 | Trailer Rental | Cardi | Cosbro Trucking | C. Sisson | 8 | $ 17.00 | Cosbro Truckii | D. Ney | 8 | $ 20.00 | Cosbro Truckii | R. Leonarc | 8 | $ 17.00 | | | | | | | | |
| 38B-Nov | 11/22/2003 | $ 1,189.50 | Trailer Rental | Cardi | Cosbro Trucking | G. Santos | 19.5 | $ 20.00 | | | | | | | | | | | | | | | | |
| 39A-Nov | 11/29/2003 | $ 3,283.50 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Truckii | E. Alsfeld | 16 | $ 20.00 | Cosbro Truckii | G. Santos | 23 | $ 20.00 | | | | | | | | |
| 39B-Nov | 11/29/2003 | $ 2,958.50 | Trailer Rental | Cardi | Cosbro Trucking | D. Ney | 17 | $ 20.00 | Cosbro Truckii | G. Santos | 17.5 | $ 20.00 | Cosbro Truckii | R. Leonarc | 7.5 | $ 17.00 | Cosbro Truckii | C. Sisson | 6.5 | $ 17.00 | | | | |
| 39C-Nov | 11/29/2003 | $ 1,351.50 | Tri-Axle Rental | Cardi | Cosbro Trucking | J. DeFonte | 28.5 | $ 15.00 | | | | | | | | | | | | | | | | |

Costantini Driver Charges 2003-2005

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4CA-Dec | 12/5/2003 | $ | 10,553.00 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | | Costantini Bro | P. Costantini | [illegible] | | | Cosbro Trucki | G. Santos | 40 | $ | 20.00 | Cosbro Trucki | E. Alsfeld | 32 | $ | 20.00 |
| 40B-Dec | 12/5/2003 | $ | 1,311.50 | Trailer Rental | Cardi | Cosbro Trucking | R. Leonard | 8 | $ | 17.00 | Cosbro Trucki | G. Santos | [illegible] | | | | | | | | | | | | |
| 40C-Dec | 12/5/2003 | $ | 406.00 | Tri-Axle Rental | Cardi | Cosbro Trucking | J. DeFonte | 8 | $ | 15.00 | | | | | | | | | | | | | | | |
| 41A-Dec | 12/13/2003 | $ | 10,004.00 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | | Cosbro Trucki | D. Ney | 40 | $ | 20.00 | Cosbro Trucki | G. Santos | 40 | $ | 20.00 | Cosbro Trucki | E. Alsfeld | 8 | $ | 20.00 |
| 42A-Dec | 12/20/2003 | $ | 2,562.00 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | | Costantini Bro | P. Costantini | Exempt | | | Cosbro Trucki | G. Santos | 8.5 | $ | 20.00 | Cosbro Trucki | E. Alsfeld | 8.5 | $ | 20.00 |
| 43A-Dec | 12/26/2003 | $ | 2,127.81 | Trailer Rental | Cardi | Costantini Bros. | E. Costantini | Exempt | | | Costantini Bro | P. Costantini | Exempt | | | Cosbro Trucki | E. Alsfeld | 32 | $ | 20.00 | | | | | |
| 43B-Dec | 12/26/2003 | $ | 816.00 | TenWheel/TriAxle | Cardi | Cosbro Trucking | J. DeFonte | 16 | $ | 15.00 | | | | | | | | | | | | | | | |

**Costantini Driver Charges**
**2003-2005**

| Invoice # | Invoice Date | Invoice Amount | Description | Vendor | Driver 1 Company | Driver 1 | Hours | Rate | Driver 2 Company | Driver 2 | Hours | Rate | Driver 3 Company | Driver 3 | Hours | Rate | Driver 4 Company | Driver 4 | Hours | Rate | Driver 5 Company | Driver 5 | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A-Jan | 1/9/2004 | $ 1,372.50 | Trailer Rental | Cardi | Cosbro trucking | G. Santos | 11 | $ 20.00 | Cosbro Trucki | E. Alsfeld | 11 | $ 21.00 | | | | | | | | | | | |
| 1B-Jan | 1/9/2004 | $ 459.00 | Ten Wheel | Cardi | Cosbro trucking | G. Santos | 9 | $ 20.00 | | | | | | | | | | | | | | | |
| 2A-Jan | 1/17/2004 | $ 976.00 | Trailer Rental | Cardi | Cosbro trucking | G. Santos | 8 | $ 20.00 | Cosbro Trucki | E. Alsfeld | 8 | $ 21.00 | | | | | | | | | | | |
| 2B-Jan | 1/17/2004 | $ 1,326.00 | Ten Wheel/TriAxle | Cardi | Costantini Bros. | P. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 10 | $ 21.00 | | | | | | | | | | | |
| 3A-March | 3/27/2004 | $ 1,249.50 | Tri-Axle | Cardi | Cosbro trucking | P. Annucelli | 16 | $ 16.00 | Cosbro Trucki | G. Santos | 8.5 | $ 20.00 | | | | | | | | | | | |
| 4A-April | 4/3/2004 | $ 2,065.50 | Tri-Axle | Cardi | Cosbro trucking | P. Annucelli | 40 | $ 16.00 | | | | | | | | | | | | | | | |
| 4B-April | 4/3/2004 | $ 518.50 | Flatbed | Cardi | Costantini Bros. | E. Costantini | Exempt | | | | | | | | | | | | | | | | |
| 5A-April | 4/10/2004 | $ 2,091.00 | Tri-Axle | Cardi | Costantini Bros. | P. Annucelli | 40 | $ 16.00 | | | | | | | | | | | | | | | |
| 5B-April | 4/10/2004 | $ 2,501.00 | Trailer Rental | Cardi | Cosbro trucking | E. Alsfeld | 8 | $ 21.00 | Cosbro Trucki | C. Sisson | 25 | $ 17.00 | Cosbro Trucki | D. Ney | 8.5 | $ 20.00 | | | | | | | |
| 6A-April | 4/17/2004 | $1,402.50 | Tri-Axle | Cardi | Cosbro trucking | P. Annucelli | 27.5 | $ 16.00 | | | | | | | | | | | | | | | |
| 6B-April | 4/17/2004 | $ 1,555.50 | Tri-Axle | Cardi | Cosbro trucking | J. DeFante | 15.5 | $ 15.00 | Cosbro Trucki | D. Ney | 8 | $ 20.00 | | | | | | | | | | | |
| 7A-April | 4/24/2004 | $ 3,672.00 | Ten Wheel/TriAxle | Cardi | Cosbro trucking | J. DeFante | 40 | $ 15.00 | Cosbro Trucki | P. Annucelli | 40 | $ 16.00 | | | | | | | | | | | |
| 7B-April | 4/24/2004 | $ 4,209.00 | Trailer Rental | Cardi | Cosbro trucking | E. Alsfeld | 17 | $ 21.00 | Cosbro Trucki | C. Sisson | 26 | $ 17.00 | Cosbro Trucki | G. Santos | 27 | $ 20.00 | | | | | | | |
| 7C-April | 4/24/2004 | $ 3,965.00 | Flatbed/Water | Cardi | Costantini Bros. | P. Costantini | Exempt | | Costantini Bro | E. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 8 | $ 21.00 | | | | | | | |
| 8A-May | 5/1/2004 | $ 4,182.00 | Ten Wheel/TriAxle | Cardi | Cosbro trucking | P. Annucelli | 32 | $ 16.00 | Cosbro Trucki | J. DeFante | 40 | $ 15.00 | | | | | | | | | | | |
| 9A-May | 5/8/2004 | $ 2,218.50 | Ten Wheel/TriAxle | Cardi | Cosbro trucking | P. Annucelli | 32 | $ 16.00 | Cosbro Trucki | J. DeFante | 40 | $ 15.00 | | | | | | | | | | | |
| 9B-May | 5/8/2004 | $ 2,440.00 | Water tanker | Cardi | Costantini Bros. | P. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 18 | $ 21.00 | | | | | | | | | | | |
| 10A-May | 5/15/2004 | $ 3,289.50 | Ten Wheel/TriAxle | Cardi | Cosbro trucking | P. Annucelli | 33 | $ 16.00 | Cosbro Trucki | J. DeFante | 31.5 | $ 15.00 | | | | | | | | | | | |
| 10B-May | 5/15/2004 | $ 2,775.50 | Water tanker | Cardi | Costantini Bros. | P. Costantini | Exempt | | | | | | | | | | | | | | | | |
| 10C-May | 5/15/2004 | $ 915.00 | Trailer/Backhoe | Cardi | Costantini Bros. | P. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 8.5 | $ 21.00 | | | | | | | | | | | |
| 11A-May | 5/22/2004 | $ 2,167.50 | Tri-Axle | Cardi | Cosbro trucking | P. Annucelli | 40 | $ 16.00 | | | | | | | | | | | | | | | |
| 11B-May | 5/22/2004 | $ 488.00 | Water tanker | Cardi | Costantini Bros. | E. Costantini | Exempt | | | | | | | | | | | | | | | | |
| 12A-May | 5/29/2004 | $ 1,887.00 | Tri-Axle | Cardi | Cosbro trucking | P. Annucelli | 40 | $ 16.00 | | | | | | | | | | | | | | | |
| 12B-May | 5/29/2004 | $ 1,738.50 | Water tanker | Cardi | Costantini Bros. | P. Costantini | Exempt | | | | | | | | | | | | | | | | |
| 12C-May | 5/29/2004 | $ 488.00 | Trailer | Cardi | Cosbro trucking | G. Santos | 8 | $ 20.00 | | | | | | | | | | | | | | | |
| 13A-June | 6/5/2004 | $ 1,734.00 | Tri-Axle | Cardi | Cosbro trucking | P. Annucelli | 34 | $ 16.00 | | | | | | | | | | | | | | | |
| 13B-June | 6/5/2004 | $ 3,141.50 | Water tanker | Cardi | Cosbro trucking | E. Alsfeld | 40 | $ 21.00 | Cosbro Trucki | R. Leonard | 8.5 | $ 17.00 | | | | | | | | | | | |
| 13C-June | 6/5/2004 | $ 2,135.00 | Trailer/Flatbed | Cardi | Costantini Bros. | P. Costantini | Exempt | | Cosbro Trucki | C. Sisson | 16.5 | $ 17.00 | Cosbro Trucki | G. Santos | 8.5 | $ 20.00 | | | | | | | |
| 14A-June | 6/12/2004 | $ 2,116.50 | Tri-Axle | Cardi | Cosbro trucking | P. Annucelli | 40 | $ 16.00 | | | | | | | | | | | | | | | |
| 14B-June | 6/12/2004 | $ 3,812.50 | Water tanker | Cardi | Costantini Bros. | P. Costantini | Exempt | | Costantini Bro | E. Costantini | Exempt | | Cosbro truckir | E. Alsfled | 40 | $ 21.00 | | | | | | | |
| 14C-June | 6/12/2004 | $ 2,623.00 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 8 | $ 21.00 | Cosbro Trucki | G. Santos | 17 | $ 20.00 | Cosbro truckir | D. Ney | 10 | $ 20.00 | | | |
| 15A-June | 6/19/2004 | $ 2,065.50 | Tri-Axle | Cardi | Cosbro trucking | P. Annucelli | 40 | $ 16.00 | | | | | | | | | | | | | | | |
| 15B-June | 6/19/2004 | $ 2,379.00 | Water tanker | Cardi | Costantini Bros. | P. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 29 | $ 21.00 | | | | | | | | | | | |
| 15C-June | 6/19/2004 | $ 2,470.50 | Trailer | Cardi | Cosbro trucking | E. Alsfeld | 16 | $ 21.00 | Cosbro Trucki | G. Santos | 25.5 | $ 20.00 | | | | | | | | | | | |
| 16A-June | 6/26/2004 | $ 2,040.00 | Tri-Axle | Cardi | Cosbro trucking | P. Annucelli | 40 | $ 16.00 | | | | | | | | | | | | | | | |
| 16B-June | 6/26/2004 | $ 3,536.00 | Water tanker | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 38.5 | $ 21.00 | | | | | | | | | | | |
| 17A-July | 7/3/2004 | $ 2,116.50 | Tri-Axle | Cardi | Cosbro trucking | P. Annucelli | 40 | $ 16.00 | | | | | | | | | | | | | | | |
| 17B-July | 7/3/2004 | $ 3,934.50 | Water tanker | Cardi | Costantini Bros. | P. Costantini | Exempt | | Costantini Bro | E. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 39.5 | $ 21.00 | | | | | | | |
| 17C-July | 7/3/2004 | $ 976.00 | Trailer | Cardi | Costantini Bros. | P. Costantini | Exempt | | | | | | | | | | | | | | | | |
| 18A-July | 7/10/2004 | $ 1,963.50 | Ten Wheel/TriAxle | Cardi | Costantini Bros. | P. Costantini | Exempt | | Cosbro Trucki | P. Annucelli | 40 | $ 16.00 | | | | | | | | | | | |
| 18B-July | 7/10/2004 | $ 3,873.50 | Water tanker | Cardi | Costantini Bros. | P. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 40 | $ 21.00 | | | | | | | | | | | |
| 18C-July | 7/10/2004 | $ 518.50 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | | | | | | | | | | | | | | | |
| 19A-July | 7/17/2004 | $ 1,861.50 | Ten Wheel/TriAxle | Cardi | Costantini Bros. | P. Costantini | Exempt | | Cosbro Trucki | P. Annucelli | 28 | $ 16.00 | | | | | | | | | | | |
| 19B-July | 7/17/2004 | $ 3,294.00 | Water tanker | Cardi | Cosbro trucking | E. Alsfeld | 40 | $ 21.00 | Cosbro Trucki | G. Santos | 11.5 | $ 20.00 | | | | | | | | | | | |
| 19C-July | 7/17/2004 | $ 4,834.25 | Trailer | Cardi | Costantini Bros. | P. Costantini | Exempt | | Costantini Bro | E. Costantini | Exempt | | Cosbro Trucki | W. Diko | 8.5 | $ 20.00 | | | | | | | |
| 20A-July | 7/24/2004 | $ 408.00 | Ten Wheel/TriAxle | Cardi | Cosbro trucking | P. Annucelli | 8.5 | $ 16.00 | | | | | | | | | | | | | | | |
| 20B-July | 7/24/2004 | $ 4,025.00 | Water tanker | Cardi | Costantini Bros. | P.Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 40 | $ 21.00 | | | | | | | | | | | |
| 20C-July | 7/24/2004 | $ 5,642.50 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Bro | P. Costantini | Exempt | | | | | | | | | | | | |
| 21A-July | 7/31/2004 | $ 2,348.50 | Water tanker | Cardi | Costantini Bros. | P. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 29 | $ 21.00 | | | | | | | | | | | |
| 21B-July | 7/31/2004 | $ 3,568.50 | trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucki | E. Alsfeld | 8 | $ 21.00 | Cosbro Trucki | G. Santos | 8 | $ 20.00 | Cosbro truckir | W. Diko | 16 | $ 20.00 | | | |
| 22A-August | 8/7/2004 | $ 3,282.50 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucki | W. Diko | 8.5 | $ 20.00 | Cosbro Trucki | G. Santos | 8.5 | $ 20.00 | | | | | | | |
| 23A-August | 8/14/2004 | $ 3,185.00 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | Cosbro Trucki | D. Ney | 16 | $ 20.00 | Cosbro Trucki | R. Leonarc | 8 | $ 17.00 | | | | | | | |
| 24A-Sept. | 9/25/2004 | $ 2,437.50 | Water tanker | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Bro | P. Costantini | Exempt | | | | | | | | | | | | |
| 25A-Oct | 10/15/2004 | $ 1,820.00 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | | | | | | | | | | | | | | | |
| 26A-Oc | 10/23/2004 | $ 1,495.00 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | | | | | | | | | | | | | | | |
| 27A-Oct. | 10/30/2004 | $ 1,657.50 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | | | | | | | | | | | | | | | |
| 28A-Nov. | 116/04 | $ 3,380.00 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | Costantini Bro | P. Costantini | Exempt | | | | | | | | | | | | |
| 29A-Nov | 11/29/2004 | $ 2,865.00 | Trailer | Cardi | Costantini Bros. | E. Costantini | Exempt | | | | | | | | | | | | | | | | |

**Costantini Driver Charges**
**2003-2005**

| Invoice # | Invoice Date | Invoice Amount | Description | Vendor | Driver 1 Company | Driver 1 | Hours | Rate | Driver 2 Company | Driver 2 | Hours | Rate | Driver 3 Company | Driver 3 | Hours | Rate | Driver 4 Company | Driver 4 | Hours | Rate | Driver 5 Company | Driver 5 | Hours | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Jan | 1/8/2005 | $ 1,917.50 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 2-Apr | 4/2/2005 | $ 552.50 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 3-Apr | 4/8/2005 | $ 1,072.50 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 4-Apr | 4/18/2005 | $ 1,007.50 | Flatbed Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 5-Apr | 4/28/2005 | $ 1,527.50 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | |
| 6-May | 5/6/2005 | $ 3,623.75 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | Costbro Trucking | J. Guglielmo | 16 | $ 16.00 | | | | | | | | | | | | |
| 7A-May | 5/13/2005 | $ 3,134.38 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | Costantini Bros. | P.Costantini | Exempt | | Costbro Trucking | R. Scalzo | 17 | $ 20.00 | | | | | | | | |
| 7B-May | 5/13/2005 | $ 455.00 | Flatbed Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 7C-May | 5/13/2005 | $ 465.00 | Tri-Axle Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 8A-May | 5/21/2005 | $577.50 | Tri-Axle Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 9A-May | 5/28/2005 | $1,690.00 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 10A-June | 6/3/2005 | $1,657.50 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 11A-June | 6/10/2005 | $2,140.00 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 12A-June | 6/18/2005 | $1,787.50 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 13A-June | 6/25/2005 | $4,127.50 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | Costbro Trucking | R.Scalzo | 24 | $ 20.00 | | | | | | | | | | | | |
| 14A-July | 7/1/2005 | $4,712.50 | Trailer/Flatbed | Cardi | Costantini Bros. | E.Costantini | Exempt | | Costbro Trucking | R.Scalzo | 40 | $ 20.00 | | | | | | | | | | | | |
| 15A-July | 7/8/2005 | $2,827.50 | Trailer/Flatbed | Cardi | Costantini Bros. | E.Costantini | Exempt | | Costbro Trucking | R.Scalzo | 26.5 | $ 20.00 | | | | | | | | | | | | |
| 16A-July | 7/16/2005 | $2,470.00 | Trailer/WaterTank | Cardi | Costantini Bros. | E.Costantini | Exempt | | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | |
| 17A-July | 7/23/2005 | $620.00 | Water Tank Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 18A-August | 8/13/2005 | $1,580.00 | Trailer/WaterTank | Cardi | Costantini Bros. | P.Costantini | Exempt | | Costbro Trucking | R.Scalzo | 8 | $ 20.00 | | | | | | | | | | | | |
| 19A-August | 8/20/2005 | $5,600.00 | Trailer/WaterTank | Cardi | Costantini Bros. | P.Costantini | Exempt | | Costbro Trucking | R.Scalzo | 34 | $ 20.00 | | | | | | | | | | | | |
| 20A-August | 8/27/2005 | $2,940.00 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | Costbro Trucking | R.Scalzo | 8.5 | $ 20.00 | | | | | | | | | | | | |
| 21A-Sept. | 9/2/2005 | $2,170.00 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | Costbro Trucking | R.Scalzo | 8.5 | $ 20.00 | | | | | | | | | | | | |
| 22A-Sept. | 9/10/2005 | $2,345.00 | Trailer/WaterTank | Cardi | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 23A-Sept | 9/17/2005 | $2,100.00 | Water Tank Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 24A-Sept. | 9/24/2005 | $1,680.00 | Water Tank Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 25A-Oct. | 10/1/2005 | $4,575.00 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | |
| 25B-Oct. | 10/1/2005 | $3,787.50 | Trailer/Flatbed | Cardi | Costbro Trucking | G.Santos | 34 | $ 20.00 | Costbro Trucking | C.Sisson | 16.5 | $ 16.00 | | | | | | | | | | | | |
| 26A-Oct. | 10/8/2005 | $3,637.50 | Trailer Rental | Cardi | Costantini Bros. | P.Costantini | Exempt | | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | |
| 27A-Oct. | 10/15/2005 | $1,687.50 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | | | | | | | | | | | | | | | | |
| 28A-Oct. | 10/22/2005 | $1,237.50 | Trailer Rental | Cardi | Costantini Bros. | E.Costantini | Exempt | | Costbro Trucking | C.Sisson | 8.5 | $ 16.00 | | | | | | | | | | | | |
| 28B-Oct. | 10/22/2005 | $2,362.50 | Trailer Rental | Cardi | Costbro Trucking | C.Sisson | 10.5 | $ 16.00 | Costbro Trucking | G.Santos | 21 | $ 20.00 | | | | | | | | | | | | |
| 29A-Oct. | 10/29/2005 | $4,762.50 | Trailer Rental | Cardi | Costbro Trucking | C.Sisson | 24.5 | $ 16.00 | Costbro Trucking | G.Santos | 38 | $ 20.00 | | | | | | | | | | | | |