**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs,<br><br>v.<br><br>COSTANTINI BROS. TRANSPORT, INCORPORATED,<br>Defendant. | C.A. No. 05-130T |

**PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Plaintiffs hereby withdraw their Motion to Compel more responsive answers to interrogatories.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: March 16, 2006

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 16 day of March, 2006, to the following party of record:

Gregory Piccirilli, Esq.
Sciacca & Piccirilli
121 Phenix Avenue
Cranston, RI 02920

Kerri Kaminski