UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 20 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v. C.A. No. 05-130T

COSTANTINI BROS. TRANSPORT, INCORPORATED,
Defendant.

**PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Plaintiffs hereby withdraw their Motion to Compel more responsive answers to interrogatories.

3/20/06; GRANTED. [signature] USMJ

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

[signature]

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702