**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-130T |
| COSTANTINI BROS. TRANSPORT, INCORPORATED,<br>Defendant. | : | |

**<u>PLAINTIFFS' MOTION TO COMPEL</u>**
**<u>MORE RESPONSIVE ANSWERS TO INTERROGATORIES</u>**

Plaintiffs move this Honorable Court for an order compelling Defendant to provide more responsive answers to Plaintiff's Interrogatories within twenty (20) days. Plaintiffs' counsel certifies that she has in good faith conferred with Defendant's counsel in an effort to secure the answers without court action. The grounds for this motion are forth in the accompanying Memorandum of Law.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Referred to U.S.M.J. Almond
[illegible]
X [illegible]
[illegible]
Date: 2/20/06

3/20/06: MOTION WITHDRAWN BY PLAINTIFFS. USMJ