UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
APR 1 4 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v.

COSTANTINI BROS. TRANSPORT, INCORPORATED,
Defendant.

C.A. No. 05-130T

## VOLUNTARY DISMISSAL

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter with prejudice.

For Plaintiffs:

Elizabeth Wiens, Esq. (#2818)
Gursky Law Associates
420 Scrabbletown Rd. Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

For Defendant:

Gregory Piccirilli, Esq. (#4582)
Sciacca & Piccirilli
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
(401) 944-3250

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 4/19/06

CERTIFICATION

I hereby certify that I caused a copy of the foregoing has been sent first-class mail, postage prepaid on this 14 day of April, 2005, to the following party of record:

Gregory Piccirilli, Esq.
Sciacca & Piccirilli
121 Phenix Avenue
Cranston, RI 02920

Kerri L Kaminski